**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **USHABEN MATHUDAS PATEL** | **CIVIL ACTION NO. 25-1683** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **LISA BOWEN, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**ORDER**

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, filed by Petitioner Ushaben Mathudas Patel. She seeks, *inter alia*, release from detention.

The presumptively reliable Online Detainee Locator System[1] returns zero matching records for Petitioner's 'A Number,' name, and country of birth. In addition, the 'EOIR Automated Case Information' website states that an immigration judge granted Petitioner voluntary departure on January 28, 2026.[2] If Petitioner is no longer detained, the case is moot, and the Court lacks jurisdiction.

Accordingly, **IT IS ORDERED** that within **14 days** of the date of this Order, the parties shall notify the Court if Petitioner is detained and, if she is no longer detained, counsel shall take appropriate steps to dismiss the case as moot.

In Chambers, Monroe, Louisiana, this 19th day of March, 2026.

---

[1] https://locator.ice.gov/odls/#/results (last visited March 18, 2026).

[2] https://acis.eoir.justice.gov/en/caseInformation (last visited March 18, 2026).

Kayla Dye McClusky
United States Magistrate Judge