**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**USHABEN MATHUDAS PATEL**                    **CASE NO.  3:25-CV-01683 SEC P**

**VERSUS**                                                      **JUDGE TERRY A. DOUGHTY**

**LISA BOWEN ET AL**                              **MAG. JUDGE KAYLA D. MCCLUSKY**

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 23], after an independent review of the record, no objections thereto have been filed, and after determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner Ushaben Mathudas Patel's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED AND DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 12th day of May 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE